**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6450**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRYANT SHELDON JORDAN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:07-cr-00207-TDS-1)

_____

Submitted:  November 22, 2022                    Decided:  November 28, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryant Sheldon Jordan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Sheldon Jordan appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Jordan*, No. 1:07-cr-00207-TDS-1 (M.D.N.C. Mar. 31, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
